FORM 12. Informal Brief (District Court, Court of International Trade, and Court of Federal Claims Cases)

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Sheik Aaron Hunter-el v. United States

No. 14-5122

### INFORMAL BRIEF OF APPELLANT

Read the Guide for Pro Se Petitioners and Appellants before completing this form. Attach a copy of the final decision or order of the trial court. Answer the following questions as best you can. Your answers should refer to the decision or order you are appealing where possible. Use extra sheets if needed.

1. Have you ever had another case in this court? ☐ Yes ☒ No   If so, state the name and number of each case.

2. Did the trial court incorrectly decide or fail to take into account any facts? ☒ Yes ☐ No
If so, what facts? (Refer to paragraph 7 of the Guide.)

Petitioner is bonded by the Moorish Science Temple of America.

3. Did the trial court apply the wrong law? ☒ Yes ☐ No   If so, what law should be applied?

Special Statute 10105905 of the Moorish Science Temple of America

4. Did the trial court fail to consider important grounds for relief? ☒ Yes ☐ No  If so, what grounds?

Special Statute 10105905 is a special law of the U.S.A.

130

**FORM 12. Informal Brief (District Court, Court of International Trade, and Court of Federal Claims Cases)**
(continued)

5. Are there other reasons why the trial court's decision was wrong? ☒ Yes ☐ No If so, what reasons?

There is "no" want of prosecution; Petitioner is bonded by Special Statute

6. What action do you want the court to take in this case?

Remand back to Court of Federal Claims

7. Do you want to argue before the court in person? ☐ Yes ☒ No If yes, what are the reasons why argument will aid the court? (Refer to paragraph 15 of the Guide.)

8. Do you intend to represent yourself? ☒ Yes ☐ No If you have not filed an Entry of Appearance, indicate your full name, address, and telephone number.

9. I certify that a copy of this brief and any attachments was sent to: Kristine S. Tardiff, the attorney for appellee, at the following address: U.S. Dept. of Justice ENR Division. (Address is found on the Entry of Appearance served on you by the attorney for the appellee. If you do not send a copy of this brief to the appellee, the court will not file the brief.)

8-6-2014
Date

Sheila Anwn Hunter-el
Appellant's signature

In addition to mailing a copy to the attorney for the appellee, mail an original and three copies of this informal brief and attachments to:

Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439

# In The United States Court of Federal Claims

No. 14-139L

(Filed: June 12, 2014)

---

SHEIK AARON HUNTER-EL, *pro se*,

    Plaintiff,

v.

THE UNITED STATES,

    Defendant.

---

### ORDER

---

On February 18, 2014, plaintiff filed his complaint. However, plaintiff did not include the required filing fee of $400.00, or an application to proceed in forma pauperis. On April 7, 2014, the court ordered plaintiff to submit the required filing fee, or an application to proceed in forma pauperis, on or before May 7, 2014. Plaintiff failed to comply with this order. On May 12, 2014, the court again ordered plaintiff to submit the filing fee, or the application to proceed in forma pauperis, this time on or before June 6, 2014, or risk having this case dismissed for lack of prosecution.

On June 2, 2014, the court received a document from plaintiff entitled "Response to Order Filed May 12, 2014." The document was not filed in accordance with RCFC 5.3 (proof of service) and 5.5(d)(2) (copies required for filing). The document did contain an application to proceed in forma pauperis. However, that application was incomplete, as plaintiff did not file the requisite supporting documentation as directed by question 6 of the application. Plaintiff has therefore failed to respond to the court's orders. Accordingly, pursuant to RCFC 41(b), this case is **DISMISSED** for lack of prosecution. The Clerk is hereby directed to dismiss the complaint.

**IT IS SO ORDERED.**

Patricia E. Campbell-Smith, Chief Judge
for Judge Francis M. Allegra

# In the United States Court of Federal Claims

No. 14-139 L

SHEIK AARON HUNTER-EL

v.

THE UNITED STATES

JUDGMENT

Pursuant to the court's Order, filed June 12, 2014,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 41(b), that the complaint is dismissed for lack of prosecution.

Hazel C. Keahey
Clerk of Court

June 12, 2014                By: *[signature]*

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs.  Filing fee is $505.00.

# CERTIFICATE OF SERVICE

I, Sheik Aaron Hunter-el, hereby certify that I have served a true and correct copy of the following: Motion to Proceed in Forma Pauperis
2. Entry of Appearance
3. Informal Brief of Appellant

This ACTION is deemed filed at the time it was delivered to prison authorities for forwarding, [See <u>Houston v. Lack</u>, 101 L.Ed.2d 245 (1988)], upon the defendant(s) or plaintiff(s) and/or their attorney(s) of record, by placing said MOTION/PETITION(s) in a sealed, postage prepaid envelope addressed to:

1. Kristine S. Tardiff
U.S. Dept. of Justice
ENR Division
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301

2. Clerk of Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439

This LEGAL ACTION was deposited in the United States Mail at the Federal Correctional Complex-Victorville I Facility, which is located at 13777 Air Expressway Blvd., Victorville, California 92394.

I declare, under penalty of perjury, that the foregoing is true and correct, pursuant to 28 U.S.C. § 1746.

EXECUTED and SIGNED on this 6th day of August, 201_.

Sheik Aaron Hunter-el
Petitioner/Propria Persona
Reg. No. 05634-090
FCI-Victorville I
P.O. Box 3725
Adelanto, CA 92301