# No. 2014-5122

IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

**Sheik Aaron Hunter-el**,
*Plaintiff-Appellant,*

*v.*

**United States,**
*Defendant-Appellee.*

ON APPEAL FROM THE UNITED STATES COURT OF FEDERAL CLAIMS
14-139L
HON. FRANCIS M. ALLEGRA

**INFORMAL BRIEF FOR FEDERAL DEFENDANTS-APPELLEES**

ROBERT G. DREHER
Acting Assistant Attorney General

PETER C. KRZYWICKI
Attorney, Appellate Section
United States Department of Justice
Environment & Natural Resources Div.
PO Box 7415
Washington, DC 20044
Telephone: (202) 305-4903
Facsimile: (202) 353-1873
Email: peter.krzywicki@usdoj.gov

Mr. Hunter-el's informal opening brief lacks merit and accordingly, this Court should affirm the Court of Federal Claims.

## STATEMENT OF THE CASE

*Pro se* plaintiff Sheik Aaron Hunter-el alleges that the Moorish Science Temple of America is the fee simple owner of the entire North American continent and alleges a Fifth Amendment taking of that property on his own behalf and as a representative of the Moorish Science Temple of America. Dkt. No. 1. On the basis of these allegations, Mr. Hunter-el seeks seven trillion dollars. *Id.* The complaint does not allege the specific facts that give rise to this takings claim.

On April 7, 2014, prior to the deadline for answering the complaint, the Court of Federal Claims, on its own initiative, ordered Mr. Hunter-el to file the required filing fee of $400 or to complete an application to proceed in forma pauperis on or before May 7. Dkt. No. 3. On May 12, the court again ordered Mr. Hunter-el to submit a filing fee or the application to proceed in forma pauperis, this time on or before June 6 and warned that the failure to do so would result in dismissal of the case for lack of prosecution. Dkt. No. 10. On June 2, the court received a document from Mr. Hunter-el which included an application to proceed in forma pauperis. Dkt. No 12. However, the application was incomplete. *Id*. For that reason, the court found that Mr. Hunter-el failed to respond to the court's

orders and therefore, dismissed the case for lack of prosecution under Rule 41(b) of the Rules of the United States Court of Federal Claims. *Id.*

## QUESTIONS AND ANSWERS

**1. Has the Appellant ever had another case in this Court? If so, state the name and number of each case.**

No. Mr. Hunter-el states in his informal brief that he has never had another case before this Court, and the United States has no reason to dispute that statement.

**2. Did the trial court incorrectly decide or fail to take into account any facts? If so, what facts?**

No. The trial court did not fail to take into account any facts. Although Mr. Hunter-el's opening brief answers this question affirmatively, the only fact that Mr. Hunter-el points to is that he is bonded by the Moorish Science Temple of America. However, there is no indication as to how that fact should have impacted the Court of Federal Claims' decisions or that the court failed to consider that fact.

**3. Did the trial court apply the wrong law? If so, what law should be applied?**

No. While Mr. Hunter-el cites "Special Statute 10105905 of the Moorish Science Temple" in his response to this question, he does not explain what that is or why it has any bearing on the lower court's proceedings.

2

4. **Did the trial court fail to consider important grounds for relief? If so, what grounds?**

No. Mr. Hunter-el contends that Special Statute 10105905 is a special law of the United States but he provides no support for that statement.

5. **Are there other reasons why the trial court's decision was wrong? If so, what reasons?**

No. The United States is aware of no basis for reversal of the Court of Federal Claims' dismissal in this case. While Mr. Hunter-el states that there is no want of prosecution in response to this question, he never disputes the factual or legal basis of the Court of Federal Claims' order.

6. **What action do you want the court to take in this case?**

Affirm the lower court's judgment.

7. **Do you want to argue before the court in person?**

No. Neither the United States nor Mr. Hunter-el believe that oral argument will be necessary in this case.

Respectfully submitted,

ROBERT G. DREHER
Acting Assistant Attorney General

*/s/ Peter Krzywicki*
PETER C. KRZYWICKI
Attorney, Appellate Section
United States Department of Justice
Environment & Natural Resources Div.
PO Box 7415
Washington, DC 20044
Telephone: (202) 305-4903
Facsimile: (202) 353-1873
Email: peter.krzywicki@usdoj.gov

August 29, 2014

# CERTIFICATE OF SERVICE

      I hereby certify that on this 29th day of August, 2014, pursuant to the Federal Circuit Guide for Pro Se Petitioners and Appellants Rule 12, two copies of the foregoing Informal Response Brief were served upon the following *pro se* Appellant by causing the same to be placed in United States mail (first class mail, postage prepaid):

Sheik Aaron Hunter-El
Victorville Medium I - Fci
P.O. Box 3725
Adelanto, CA  92301
*Appellant pro se*

      */s/ Peter Krzywicki*
PETER C. KRZYWICKI
Attorney, Appellate Section
United States Department of Justice
Environment & Natural Resources Div.
PO Box 7415
Washington, DC 20044
Telephone: (202) 305-4903
Facsimile: (202) 353-1873
Email: peter.krzywicki@usdoj.gov

# CERTIFICATE OF COMPLIANCE
# WITH TYPE VOLUME LIMITATION

      This brief complies with the type volume limitation set forth in Rule 32(a)(7)(B) of the Federal Rules of Appellate Procedure. Excepting the portions described in Federal Rule of Appellate Procedure 32(a)(7)(B)(iii) and Circuit Rule 32(b), the brief contains 622 words. Also, pursuant to the Federal Circuit Guide for Pro Se Petitioners and Appellants Rule 13, this brief is does not exceed 30 typewritten, double-spaced pages with 1 inch margins.

      I further certify that this complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type style requirements of Federal Rule of Appellate Procedure 32(a)(6). The brief has been prepared using Microsoft Word in a proportionally-spaced typeface using Times New Roman, 14-point.

      */s/ Peter Krzywicki*
PETER C. KRZYWICKI
Attorney, Appellate Section
United States Department of Justice
Environment & Natural Resources Div.
PO Box 7415
Washington, DC 20044
Telephone: (202) 305-4903
Facsimile: (202) 353-1873
Email: peter.krzywicki@usdoj.gov

August 29, 2014